CSD 1242 [10/14/08]

Order Entered on May 27, 2014 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Corinne Renee Ballek

Debtor.

BANKRUPTCY NO. 14-03932-MM-13

### ORDER DISMISSING CASE WITHOUT PREJUDICE

It appearing from the Court records for the above-entitled Chapter 13 case that the debtor(s) has failed to correct the defects identified in the Court's *Notice of Failure to Comply with Filing Requirements* by not filing the following document(s) within the time permitted.

- Certificate of Credit Counseling

Therefor and for good cause showing,

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. The above-entitled case is dismissed without prejudice.
2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Bankruptcy Local Rule 7041-3.
3. All stays now in effect for this case are vacated.

DATED: May 23, 2014

_____
Judge, United States Bankruptcy Court

**DUE AT TIME OF FILING**
as governed by Fed. R. Bankr. P 1007(a)(1) and/or
Interim Fed. R. Bankr. P. 1007(b)(3) and (f).

CSD 1242