# Notice Recipients

District/Off: 0974–3     User: tbobis     Date Created: 5/27/2014
Case: 14–03932–MM13     Form ID: pdfO1     Total: 3

**Recipients of Notice of Electronic Filing:**
tr     David L. Skelton
aty     Tyson Takeuchi     tyson@tysonfirm.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Corinne Renee Ballek     1634 Jeffrey Ave     Escondido, CA 92027

TOTAL: 1